

**BUTTACI LEARDI & WERNER LLC**
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609-799-5150
609-799-5180 FAX
www.buttacilaw.com

**JOHN W. LEARDI, ESQ.**
MEMBER, NJ, NY, & MI BARS
DIRECT EXTENSION: 115
E-MAIL: JWLEARDI@BUTTACILAW.COM

August 12, 2021

**VIA ELECTRONIC MAIL**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF NEW JERSEY
Clarkson S. Fisher Building
  & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
tjb_orders@njd.uscourts.gov

> Re:    *Lutz Surgical Partners, PLLC v. Aetna, Inc. et al.*
>         No.: 3:15-cv-02595-ZNQ-TJB

Dear Judge Bongiovanni:

Our firm, along with ZUCKERMAN SPAEDER LLP, is counsel for Plaintiff in the above-referenced matter. We write jointly with counsel for Defendants to request: (i) an adjournment of Defendants' Motion for Certificate of Appealability and Stay Proceedings Pending Appeal (Dkt. 209); and (ii) the entry of a modified briefing schedule with respect to that motion. This request is being made to accommodate various scheduling conflicts among counsel on both sides.

The adjournment and briefing schedule the parties request is as follows:

| Event | Current | Proposed |
|---|---|---|
| Opposition | August 24, 2021 | September 10, 2021 |
| Reply (if any) | August 31, 2021 | September 27, 2021 |
| Motion Day | September 7, 2021 | October 4, 2021 |

We have included a "So Ordered" provision at the end of this letter in the hope that this proposal is acceptable.

Thank you in advance for your consideration.

Respectfully submitted,

BUTTACI LEARDI & WERNER, LLC

*/s/ John W. Leardi*

John W. Leardi
A Member of the Firm

JWL/
cc:    All Counsel of Record (*via electronic mail only*)

The parties' request to extend their briefing schedule is hereby **GRANTED**; in light of the protracted briefing schedule requested, however, the parties are to refrain from filing the opposition and reply papers on the docket; the parties are to instead serve their briefs on each other; on the same day that briefing is complete, the parties shall file their respective briefs on the Motion, together with a new notice of motion; in the meantime, the Clerk's Office is hereby instructed to administratively terminate the pending Motion for Certificate of Appealability [209].

**So Ordered this 12th day of August, 2021**.

s/ Zahid N. Quraishi
ZAHID N. QURAISHI, U.S.D.J.